AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

---

**OFFENSE CHARGED**

8 U.S.C. Sections 1326(a) and (b) - Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

---

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**

▶ JOSE SOCORRO SANDOVAL-CARDENAS,

**DISTRICT COURT NUMBER**

CR08-403

DLJ

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   AUSA Chinhayi J. Coleman

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

# United States District Court

**E-filing**

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**



---

UNITED STATES OF AMERICA,

V.

JOSE SOCORRO SANDOVAL-CARDENAS,

CR08-403 DLJ

DEFENDANT.

---

## INDICTMENT

8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found in the United States

---

A true bill.

_____ Foreman

Filed in open court this 18TH day of JUNE 2008

_____ Clerk

Bail, $ No process.

6-18-08

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

E-filing

FILED
JUN 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR08-403 DLJ |
| Plaintiff, ) | |
| ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – |
| v. ) | Deported Alien Found in the United States |
| JOSE SOCORRO SANDOVAL- ) CARDENAS, ) | OAKLAND VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

1. Prior to January 13, 2007, the defendant, JOSE SOCORRO SANDOVAL-CARDENAS, was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2. On or about January 13, 2007, the defendant, JOSE SOCORRO SANDOVAL-CARDENAS, was removed, excluded, and deported from the United States.

3. After January 13, 2007, the defendant, JOSE SOCORRO SANDOVAL-CARDENAS, knowingly and voluntarily reentered and remained in the United States.

INDICTMENT

1 |       4.    On or about June 4, 2008, in the Northern District of California, the defendant, JOSE SOCORRO SANDOVAL-CARDENAS, an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

DATED: June 18, 2008

A TRUE BILL

/s/ *[signature]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ *[signature]*
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: /s/ *[signature]*
                          AUSA Chinhayi J. Coleman

INDICTMENT