UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   July 11, 2008

**Clerk:** Frances Stone
**Court Reporter:** IRENE RODRIGUEZ

**Plaintiff:**  United States

**v.**                                                                                   **No.** CR-08-00403-DLJ

**Defendant:** Jose Socorro Sandoval-Cardenas [present; in custody; spanish interpreter]

**Appearances for AUSA:** Chinhayi Coleman

**Appearances for Defendant :** Angela Hansen

**Interpreter:**  Angela Zawadzki, Spanish Interpreter

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
SETTING/STAT                            -HELD

**Notes:**

**Case Continued to**   8/8/08 AT 9:00AM     for  CHANGE OF PLEA

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                       for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:**  7/11/08        **Ends:** 8/8/08