9AM
YC
E-FILING CASE
INT.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTE ORDER

Date: 8/8/08

9:44 AM - 9:57 AM

**FILED**
AUG 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No: CR-08-00403-DLJ
Judge: D. Lowell Jensen
Reporter: RAYNEE MERCADO
Clerk: Frances Stone

Defendant(s): JOSE SOCORRO SANDOVAL-CARDENAS   Present? Y   In Custody? Y
Defense Counsel: ANGELA HANSEN

US Attorney: CHINHAYI COLEMAN
Interpreter: SPANISH - INES SWANEY
US Probation Officer:

Reason for Hearing: CHANGE OF PLEA

Ruling: - HELD
GUILTY PLEA TO COUNT ONE OF THE INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED AND ENTERED.

Notes: (PROBATION PREPARE GUIDELINE AND CRIMINAL HISTORY ONLY)

Case continued to: 9/26/08 AT 10:00 AM for SENTENCING

Excludable Delay: Category:   Begins:   Ends:

CC: PROBATION