UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**FILED**

AUG 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number          **CR-08-00403-01-DLJ**
Defendant's Name     **Jose Socorro Sandoval-Cardenas**
Defendant's Counsel    Angela Hansen
Due Date                       9/26/08 at 10Am

              1   Courtroom                Floor  4th

~~~~~~~~~~~~~~~~**NOTICE TO DEFENSE COUNSEL**~~~~~~~~~~~~~~~~

**The Court has directed that a:**            *Guideline + cem Hist only*

                     XX                Presentence Investigation
              _____ Bail Investigation
              _____ Bail Supervision
              _____ Postsentence Investigation
              _____ 4244

be conducted on the above-named defendant.  So that the investigation/supervision can be
completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

                                        RICHARD W. WIEKING, CLERK

✓ cc  to Counsel
✓ cc to Probation                  by:  _____Frances Stone_____

                                        Frances Stone , Deputy Clerk

                              Dated: **8/8/08**

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?    Yes or No
Is defendant English speaking?  Yes or No [Interpreter:_____]
Defendant's address: _____
              _____
              _____
              _____